■ RICHARD PALMATIER et al., Respondents, v EASTMAN KODAK COMPANY, Appellant, and CASTLE ELECTRICAL CONTRACTORS, INC., Respondent. [668 NYS2d 520] —Order unanimously reversed on the law without costs, motion granted and complaint against defendant Eastman Kodak Company dismissed. Memorandum: Supreme Court erred in denying the motion of defendant Eastman Kodak Company (Kodak) for summary judgment dismissing plaintiffs' causes of action based upon common-law negligence and Labor Law § 200. In support of its motion, Kodak submitted evidentiary proof in admissible form establishing that it had, at most, a general power to enforce safety standards and did not have supervisory control over the method or manner of the work of plaintiff Richard Palmatier (*see, Comes v New York State Elec. & Gas Corp.*, 82 NY2d 876, 877; *McCune v Black Riv. Constructors*, 225 AD2d 1078, 1079; *Enderlin v Hebert Indus. Insulation*, 224 AD2d 1020; *Brezinski v Olympia & York Water St. Co.*, 218 AD2d 633, 634-635). Nei-

ther plaintiffs nor defendant Castle Electrical Contractors, Inc. (Castle), responded with the requisite evidentiary proof sufficient to establish the existence of material issues of fact (*see, Alvarez v Prospect Hosp.*, 68 NY2d 320, 324). The speculation of plaintiffs and Castle that further discovery would yield factual issues precluding summary judgment is insufficient to defeat the motion (*see, Armatys v Edwards*, 229 AD2d 906; *Penn Iron & Metal Co. v Gross*, 192 AD2d 1059, 1060; *Levy, King & White Adv. v Gallery of Homes*, 177 AD2d 967; *cf.*, CPLR 3212 [f]). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Balio, Boehm and Fallon, JJ.